IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL WINSTON, | ) | |
| | ) | Case No. 15 C 378 |
| Plaintiff, | ) | |
| | ) | Hon. James B. Zagel |
| v. | ) | |
| | ) | District Judge |
| CITY OF CHICAGO, *et al.*, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff, MICHAEL WINSTON, by his attorneys, LOEVY & LOEVY and JEFFREY URDANGEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), respectfully submits this notice of dismissal. No defendant has appeared or been served in this matter.

RESPECTFULLY SUBMITTED:

**MICHAEL WINSTON**

By: /s/ Steven Art
One of Plaintiff's Attorneys

Arthur Loevy
Jon Loevy
Steven Art
David Owens
**LOEVY & LOEVY**
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900
steve@loevy.com

Jeffrey Urdangen
Clinical Associate Professor of Law
**BLUHM LEGAL CLINIC**
Northwestern University School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-7413
j-urdangen@law.northwestern.edu